**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:17-cv-24694-UU

CESAR FERNANDO ORDONEZ LOPEZ,

    Plaintiff,

v.

ANGELINI METAL WORKS CORP., *et al.*,

    Defendants.
_____/

**ORDER**

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On December 27, 2017, Plaintiff filed the Complaint against Defendants. D.E. 1. Based upon this Court's review of the docket, Plaintiff has not yet served Defendants and/or have failed to file verified proofs of service despite summons having been issued on December 27, 2017. D.E. 3. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL show good cause in writing by **Monday, January 15, 2018**, as to why Plaintiff has failed to serve Defendants. In the alternative, Plaintiff SHALL file the verified proof of service by this date and/or state, in detail, why Defendants have not yet been served. <u>Failure to comply with this Order will result in the dismissal of this action without further notice</u>.

DONE AND ORDERED in Chambers at Miami, Florida, this _10th_ day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf